## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

SOKHIBJON SADULLAEV,       )
)
    Petitioner,          )
)
v.                       )      Case No. CIV-26-826-D
)
SCARLET GRANT, et al.,      )
)
    Respondents.      )

### JUDGMENT

Pursuant to the Court's Order entered this same date, the Verified Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Doc. No. 1] is **GRANTED IN PART**. Respondents shall provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a), or release Petitioner.

**IT IS SO ORDERED** this 7th day of May, 2026.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE